# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0313
L.T. Case No. 16-2013-CF-006901-A

_____

DONALD J. DICKERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Donald J. Dickerson, Milton, pro se.

No Appearance for Appellee.

February 24, 2026

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and WALLIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____